# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE
LITIGATION          MDL No. 1811

(SEE ATTACHED SCHEDULE)

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
DEPUTY CLERK

### CONDITIONAL TRANSFER ORDER (CTO-46)

On December 19, 2006, the Panel transferred 11 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 369 additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D Perry.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GENETICALLY MODIFIED RICE
LITIGATION                                                    MDL No. 1811

### SCHEDULE CTO-46 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 1 | 10-00089 | Haigwood et al v. Bayer CropScience LP et al |
| ARE | 2 | 10-00179 | LKZ Inc v. Bayer CropScience LP et al |
| ARE | 3 | 10-00281 | Lewis et al v. Bayer CropScience LP et al |
| ARE | 5 | 10-00316 | Walt et al v. Bayer CropScience LP et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 2 | 10-00193 | Pimble Farms Partnership v. Bayer AG et al |
| MSN | 4 | 10-00145 | 3 County Farms et al v. Bayer AG et al |